**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Genpak of Montgomery
    c/o Charles McMeans
    3255 Thompson Avenue
    Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks       ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Rosalyn Parks                     10/26/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:06 CV946-MHT

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 7347

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Genpak of Montgomery
    c/o James Berry
    3255 Thompson Avenue
    Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks       ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Rosalyn Parks                     10/26/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

06CV946

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 7323

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Genpak of Montgomery
    c/o Mary Hooks
    3255 Thompson Avenue
    Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks       ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Rosalyn Parks                     10/26/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:06 CV946-MHT

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 6746

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

### Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Charles Woods
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

2:06cv946

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 7316

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

### Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Greg Stroup
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

2:06 cv946

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 7354

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

### Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Marty Martin
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No

2:06 cv946-MHT

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 7361

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

06CV946

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6753

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Larry King
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks — ☑ Agent ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

2:06CV946

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 7286

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Fred McKenny
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosalyn Parks — ☑ Agent ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes ☐ No

06CV946

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   102595-02-M-1540

19

## Card 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Peggy Givens
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06CV946 MHT

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form — 102595-02-M-1540

## Card 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Scott Hudson
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06CV946

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form — 02595-02-M-1540

## Card 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Genpak of Montgomery
   c/o Emily Spivey Reese
   3255 Thompson Avenue
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Rosalyn Parks*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Rosalyn Parks
C. Date of Delivery: 10/26/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06CV946

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS F — 102595-02-M-1540