IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:06CV946-MHT(WO) |
| | ) |
| GENPAK, LLC | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

      COMES NOW, Janice Spears-Turk of the Law Offices of J. D. Spears-Turk and files herewith a Notice of Appearance on behalf of the Plaintiff, Lucille Hall, in the above matter.

Respectfully Submitted,

_____
Janice Spears-Turk (ASB 2195R69J)
Attorney for Plaintiff

OF COUNSEL:

LAW OFFICES OF J. D. SPEARS-TURK
2735 Office Park Circle
Montgomery, AL 36116-1143