IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION NO. |
| v. | )     2:06cv946-MHT |
| | ) |
| GENPAK, LLC, | ) |
| | ) |
|    Defendant. | ) |

ORDER

Counsel having appeared for plaintiff, it is ORDERED that the referral order (doc. no. 3) is vacated.

DONE, this the 13th day of November, 2006.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**