IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL,           ) | |
|     ) | |
|    Plaintiff,      ) | |
|     ) | CIVIL ACTION NO. |
| v.                  ) | 2:06cv946-MHT |
|     ) | |
| GENPAK, LLC,        ) | |
|     ) | |
|    Defendant.     ) | |

### ORDER

Counsel for plaintiff having orally informed the court that plaintiff agrees, and in light of the amended complaint (doc. no. 7), it is ORDERED that all defendants, except Genpak, LLC, are dismissed. The only defendant in this case should be Genpak, LLC.

It is further ORDERED that the recommendation of the magistrate judge (doc. no. 4) is vacated as moot.

DONE, this the 13th day of November, 2006.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE