IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06 CV 946-MHT (WO) |
| GENPAK, L.L.C., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME TO FILE
ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

**COMES NOW** Defendant, Genpak, L.L.C. ("Genpak" or "Defendant"), by and through its undersigned counsel, and respectfully requests an additional fourteen (14) days to file its Answer to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1. The deadline for Defendant to file its Answer to Plaintiff's Amended Complaint is January 4, 2007. The individuals with the relevant information related to the facts and claims alleged in Plaintiff's Complaint have been or are currently on vacation due to the holidays and have not been available for consultation regarding the claims in Plaintiff's Amended Complaint.

2. On December 22, 2006, after learning of the scheduling problem, counsel for defense attempted to contact Plaintiff's counsel to discuss the extension, but learned that Plaintiff's counsel was on vacation until January 2, 2007.

3. On December 29, 2006, counsel for Defendant discussed the matter with a representative from Plaintiff's counsel's office and was told that the request would be communicated to Plaintiff's counsel, but that now she was not expected to return from vacation

01432448.1

until January 4, 2007. As of this date, defense counsel has been unable to reach Plaintiff's counsel to discuss this matter.

4. Due to the vacation and travel schedules of the individuals with facts relevant to the claims and defenses to Plaintiff's Complaint, Defendant respectfully requests that this Court grant it a two week (14 day) extension to file a timely Answer.

5. No prejudice will result to any party from the granting of this request for an extension.

**WHEREFORE, PREMISES CONSIDERED**, Defendant respectfully requests an additional fourteen (14) days, until January 18, 2007, to file a responsive pleading in this matter.

*s/ Robin A. Adams*
David M. Smith
Robin A. Adams
Attorneys for Defendant, Genpak, L.L.C.

**OF COUNSEL:**
Maynard, Cooper & Gale, PC
1901 6th Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35244
(205) 254-1000
(205) 254-1999 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Janice Spears-Turk, Esq.
2735 Office Park Circle
Montgomery, Alabama 36116-1143

This the 2nd day of January, 2007.

*s/ Robin A. Adams*
OF COUNSEL