# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **LUCILLE HALL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06 CV 946-MHT (WO) |
| **GENPAK, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

COMES NOW David M. Smith, of the firm Maynard, Cooper & Gale, P.C., 2400 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203-2618, and enters his appearance as additional counsel of record for Defendant Genpak, L.L.C.

        Respectfully submitted,

        s/ David M. Smith
        David M. Smith
        One of the attorneys for
        Defendant Tyson Foods, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-2618
Telephone:  205.254.1059
Facsimile:  205.254.1999
Emails:     dsmith@maynardcooper.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on January 2, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s David M. Smith
        OF COUNSEL