IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv946-MHT |
| | ) | |
| GENPAK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to extend time to file answer (doc. no. 11) is granted.

DONE, this the 8th day of January, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE