# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **LUCILLE HALL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06 CV 946-MHT (WO) |
| **GENPAK, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant, Genpak, L.L.C. ("Genpak" or "Defendant"), in the above-styled cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states the following:

Defendant Genpak, L.L.C. is owned by the Jim Pattison Group, a privately held company.

Respectfully submitted,

*s/ Robin A. Adams*
Robin A. Adams
One of the Attorneys for Defendant,
Genpak, L.L.C.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999 (Fax)

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Janice Spears-Turk
    Law Offices of J.D. Spears-Turk
    2735 Office Park Circle
    Montgomery, AL 36116-1143

                        *s/ Robin A. Adams*
                        OF COUNSEL