IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:06 CV 946-MHT(WO) |
| | ) |
| GENPAK, L.L.C, | ) |
| | ) |
| Defendant. | ) |

RECEIVED
2007 APR 18 P 4:00
DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA

## MOTION FOR WITHDRAWAL

COMES NOW the undersigned, Janice Spears-Turk, Pursuant to Rule 1.16 of the Rules of Professional Conduct, and request this Honorable Court to grant her permission to withdraw as counsel for Plaintiff, LUCILLE HALL, in the above-styled cause. As grounds therefore Counsel states the following:

1. That there has been significant breakdown in the attorney/client relationship;

2. That the attorney and client have come to an impasse at to how the case is to proceed;

3. That withdrawal can be accomplished without material adverse effect on the interest of the Plaintiff;

4. That counsel has given reasonable notice to Plaintiff allowing time for employment of other counsel.

WHEREFORE, this attorney respectfully requests to be allowed to withdraw as counsel for Plaintiff, LUCILLE HALL, in the above-styled matter.

Respectfully submitted,

*Janice Spears-Turk*
JANICE SPEARS TURK
Attorney

**Law Offices of J.D. Spears-Turk**
2735 Office Park Circle
Montgomery, Al 36116-1104
Telephone: 334.274.0883
Facsimile: 334.272.3031

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by depositing same in the U.S. Mail, postage prepaid and property addressed this 18th day of April, 2007.

Robin Adams
**MAYNARD, COOPER & GALE, P.C.**
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

David M. Smith
**MAYNARD, COOPER & GALE, P.C.**
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

_____
OF COUNSEL