IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv946-MHT |
| | ) | |
| GENPAK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion for withdrawal (doc. no. 20) is granted.

If plaintiff has not obtained new counsel by May 21, 2007, the court will assume that plaintiff will represent herself in this case.

DONE, this the 23rd day of April, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE