IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUCILLE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV946-MHT |
| | ) | |
| GENPAK, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of defendant's motion to dismiss (Doc. # 23), and for good cause, it is

ORDERED that plaintiff is DIRECTED to show cause, in writing, on or before July 3, 2007, why this action should not be DISMISSED for plaintiff's failure to comply with her discovery obligations as set forth in defendant's motion. Plaintiff is advised that if she fails to comply with this order, or any other orders of the court, this action may be dismissed.

Done, this 22nd day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE