SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                     6-23-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

2:06cv946 #24

1. Article Addressed to:

Lucille Hall
624 Fuller Road
Montg. AL 36110

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7006 2760 0005 4873 1109

102595-02-M-1540

PS Form 3811, February 2004        Domestic Return Receipt