IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUL -3 P 1:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

LUCILLE HALL,
Plaintiff
v.                                          CIVIL ACTION NO. 2:06CV946-MHT
GENPAK, L.L.C.,
Defendant

## REQUEST

1. Judge allow plaintiff to continue the case as PRO SE for January 23, 2.
2007 I lost my mother, Shirley Boswell and have been grieving her death.

2. June 2007 abnormal Paps Smear and testing indicate possible Cervical Cancer. August 6, 2007 Dr. Glenn Saucer will FREEZE my Cervix at 3:15 PM.

3. Stressed balancing the motherhood and overseeing Patricia Davis funds since the death of my mother.

4. Gathering information to continue action requested by Defendant is extremely time consuming while working full time. Can only miss 6 DAYS PER FIRST EMPLOYMENT YEAR which will end August 7, 2007 without being terminated from job, RHEEM. There is not a large firm with vast funds on my side to do my legal research for I am independent.

5. Please grant me an extension to this case and PRO SE before I die I want to have fought for me and my children for I know the defendant wrong me. My funds are limited but my desire and determination is vast.

*Lucille Hall* 7/3/07
Lucille Hall, pro se
6124 Fuller RD, Montg., AL
(334) 272-0033

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, _Lucille Hall_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _3_ day of _July_ 2007, to:

David Michael Smith & Robin Ann Adams
1901 Sixth Avenue North
2400 Am South/Harbert Plaza
Birmingham, Al. 35203-2618

_7/3/07_
Date

_Lucille Hall_
Signature