| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Lucille Hall  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Lucilla Hall  2007 |
| 1. Article Addressed to:<br><br>Lucille Hall<br>6124 Fuller Rd<br>Montgomery, AL 36110 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:06cv946 #27<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)      ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0005 4873 0027 |
| PS Form 3811, February 2004 | Domestic Return Receipt           102595-02-M-1540 |