IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv946-MHT |
| ) | |
| GENPAK OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on July 9, 2007 (doc. no. 27), said Recommendation is hereby adopted, and it is the ORDER, JUDGMENT and DECREE of the court:

1. That defendant's motion to dismiss (doc. no. 23) is DENIED without prejudice;

2. That the scheduling order entered by the District Judge on January 24, 2007 (doc. no. 17), is VACATED; and

3. That this matter is REFERRED BACK to the Magistrate Judge for further proceedings, including a status conference to address defendant's contention that it has been unable to secure plaintiff's cooperation in discovery, and the entry of a new scheduling order.

DONE, this the 31st day of July, 2007.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE