IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv946-MHT |
| | ) |
| GENPAK, L.L.C., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant's motion to compel (Doc. # 34), filed September 5, 2007, and for good cause, it is

ORDERED that plaintiff file a response to the motion on or before September 13, 2007.

DONE, this 5th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE