IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv946-MHT |
| ) | (WO) |
| GENPAK, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This action is presently before the court on defendant's motion to compel (Doc. # 34), filed September 5, 2007. By order entered that same date, the court directed plaintiff to file a response to the motion on or before September 13, 2007. (Doc. # 35). Plaintiff has not responded to the motion. Accordingly, and for good cause, it is

ORDERED that the motion to compel is GRANTED. Plaintiff is DIRECTED to sign the HIPAA medical release attached to the defendant's motion to compel and to provide it to defense counsel on or before October 4, 2007.[1]

Plaintiff failed to comply with the court's order directing a response to the present motion. Plaintiff is advised that her failure to comply with this order to provide a signed HIPAA release or to any other order of the court may result in sanctions, which may include dismissal of her claims.

DONE, this 24th day of September, 2007.

---

[1] If plaintiff cannot now locate the release form, she should contact defense counsel immediately to request another copy.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE