IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv946-MHT |
| ) | |
| GENPAK, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that plaintiff is DIRECTED to file a response to defendant's motion to dismiss for failure to comply with court's order (Doc. # 37) on or before October 22, 2007. Plaintiff is advised that her failure to respond to the motion within the time allowed by the court may result in a recommendation for sanctions, up to and including dismissal of this action.

DONE, this 11th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE