TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 10/20/2027 16:28
                                    NAME   : GUNTERLIBRARY
                                    FAX    : 3344162949
                                    TEL    : 3344162949
                                    SER.#  : BROF3J449455
```

```
DATE,TIME              10/20  16:27
FAX NO./NAME           9812052541999
DURATION               00:01:36
PAGE(S)                05
                       COVERPAGE
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# FAX

TO: Robin Adams
    Maynard & Cooper
    Defendant - Counsel

Phone: _____

Fax #: 205-254-1999

Date: Oct 20, 2007

From: Lucille Hall

Phone: 328-8581

Fax #: 1-334-416-2949

Pages: 5
(including cover sheet)

**MESSAGE:**

Please contact Monday when Received.

I couldn't get the back on base in time for the pay Friday, 10/19/2007 before closing.

Lucille Hall



# MAYNARD COOPER & GALE PC
## ATTORNEYS AT LAW

1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone 205.254.1000 Fax 205.254.1999

## FACSIMILE TRANSMISSION

**TO:** Attn: Ms. Lucille Hall    **FAX:** 334.~~416-7643~~  *416·2949*

**FROM:** Robin Adams    **PHONE:** 205.254.1105

**DATE:** October 19, 2007

**COMMENTS:**

TOTAL PAGES INCLUDING COVER PAGE: 4    SENT BY: _____

Original Will Not Be Sent

**IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES
PLEASE CALL (205) 254-1994**

USER NO. 2474    CLIENT/MATTER NO. 04866/0006

**PLEASE NOTE:** Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and/or other confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by telephone and return the original message to us at the



**MAYNARD COOPER & GALE PC**
ATTORNEYS AT LAW

Robin A. Adams
DIRECT 205.254.1105
EMAIL radams@maynardcooper.com

October 19, 2007

<u>**VIA FACSIMILE TO 334-416-7643**</u>

Lucille Hall
6124 Fuller Road
Montgomery, AL 36110

   Re: <u>Lucille Hall v. Genpak, LLC</u>
      Civil Action No: 2:06 CV 946-MHT (WO)

Dear Ms. Hall:

  Attached please find a HIPAA Compliant Authorization for the Use or Release of Protected Health Information. Please sign and return it to us as required by the Court's Order.

                Sincerely,

                Robin Adams

RAA/dsl
Attachment

cc: David M. Smith, Esq.

1901 SIXTH AVENUE NORTH 2400 AMSOUTH/HARBERT PLAZA BIRMINGHAM, ALABAMA 35203-2618 205.254.1000 FAX 205.254.1999

# HIPAA COMPLIANT AUTHORIZATION AND RELEASE
# FOR MEDICAL INFORMATION PURSUANT TO 45 CFR 164.508

To: _____
_____
_____
_____

I hereby authorize the above-named provider, hospital, health plan, institution, firm or corporation (the "Covered Entity") to disclose, upon presentation of this authorization and release, to the law firm of Maynard, Cooper & Gale, P.C., its attorneys, employees, agents and designees and any of their agents or designees, any and all health information concerning **Lucille Hall**, including by way of example, but not limited to the following:

all medical records, investigative files and documents including but not limited to any and all medical records, physicians' records, surgeons' records, x-rays, CAT scans, MRI films, photographs and any other radiological, nuclear medicine or radiation therapy films, pathology materials, slides, tissues, laboratory reports, discharge summaries, progress notes, consultations, prescriptions, pharmacy records, records of drug abuse and alcohol abuse, HIV/AIDS diagnosis or treatment, physicals and histories, nurses' notes, patient intake forms, correspondence, psychiatric records, psychological records, social worker's records, insurance records, consent for treatment, statements of account, bills, invoices or any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, diagnosis or other information pertaining to and concerning the physical or mental condition of Lucille Hall (dob 02/13/1967, SSN 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).

I understand that I may revoke this authorization and release at any time by giving written notice of revocation to the Covered Entity described above, except to the extent that action has already been taken in reliance upon this authorization and release before receipt of the written notice of revocation.

I understand that the information disclosed under this authorization and release may be subject to redisclosure by the person(s) specified above and may no longer be protected.

I understand that these insurance records are confidential. I understand that by signing this authorization and release I am specifically allowing the release of any insurance and medical information requested to the person(s) specified above, including any HIV/AIDS and sickle cell anemia diagnosis and treatment records that may be specifically protected by the Department of Veteran Affairs and/or state law or regulations. Drug and alcohol abuse information records are specifically protected by federal and/or state regulations, and by signing this authorization and release I understand that I am also expressly allowing the release of any drug and/or alcohol information records to the person(s) specified above. I also understand that by signing this authorization and release I am specifically authorizing the release of pharmacy and prescription information and records that may be protected by state law or regulations to the person(s) specified above. I also understand that by signing this authorization and release I am specifically authorizing the release of psychiatric records and psychological records, including the records of mental health counselors, that may be protected by state law or regulations to the person(s) specified above.

I also understand that I have the right to refuse to sign this authorization and release. I understand that the Covered Entity may not condition treatment, payment, enrollment in a health plan or eligibility for benefits

upon my execution of this authorization and release.

This authorization and release is continuing in nature and is to be given full force and effect to release any and all of the information described above after the date of this authorization and release until the conclusion of the case cited above. This authorization and release also includes the authority to copy any and all such information and to discuss the information with the above designated person(s). A copy of this authorization and release may be used in place of and with the same force and effect as the original.

_Lucille Hall_       _10/19/07_
Signature             Date

Address:   6124 Fuller Road
           Montgomery, AL 36110

Date of Birth: 02/13/1967

Social Security Number: 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

**YOU ARE ENTITLED TO A COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.**

TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/20/2027 16:28
NAME    : GUNTERLIBRARY
FAX     : 3344162949
TEL     : 3344162949
SER.#   : BROF3J449455
```

```
DATE,TIME           10/20 16:27
FAX NO./NAME        9812052541999
DURATION            00:01:36
PAGE(S)             05
                    COVERPAGE
RESULT              OK
MODE                STANDARD
                    ECM
```

# FAX

TO: Robin Adams
Maynard & Cooper
Defendant - Genpark

Phone: _____

Fax #: 205-254-1999

Date: Oct 20, 2007

From: Lucille Hall

Phone: 328-8581

Fax #: 1-334-416-2949

Pages: 5
(including cover sheet)

**MESSAGE:**

Please contact Monday when Received.

I couldn't get the back on base in time for the pay Friday, 10/19/2007 before closing.

Lucille Hall



**MAYNARD COOPER & GALE PC**
ATTORNEYS AT LAW

1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone 205.254.1000 Fax 205.254.1999

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | Attn: Ms. Lucille Hall | **FAX:** | 416·2949 ~~334.416.7643~~ |
| **FROM:** | Robin Adams | **PHONE:** | 205.254.1105 |
| **DATE:** | October 19, 2007 | | |
| **COMMENTS:** | | | |

TOTAL PAGES INCLUDING COVER PAGE:   4          SENT BY: _____

<u>Original Will Not Be Sent</u>

**IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES
PLEASE CALL (205) 254-1994**

USER NO. 2474                                              CLIENT/MATTER NO. 04866/0006

**PLEASE NOTE:** Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and/or other confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by telephone and return the original message to us at the



**MAYNARD COOPER & GALE PC**
ATTORNEYS AT LAW

Robin A. Adams
DIRECT 205.254.1105
EMAIL radams@maynardcooper.com

October 19, 2007

**VIA FACSIMILE TO 334-416-7643**

Lucille Hall
6124 Fuller Road
Montgomery, AL 36110

    Re:    <u>Lucille Hall v. Genpak, LLC</u>
            Civil Action No: 2:06 CV 946-MHT (WO)

Dear Ms. Hall:

    Attached please find a HIPAA Compliant Authorization for the Use or Release of Protected Health Information. Please sign and return it to us as required by the Court's Order.

                                Sincerely,

                                Robin Adams

RAA/dsl
Attachment

cc:    David M. Smith, Esq.

1901 SIXTH AVENUE NORTH   2400 AMSOUTH/HARBERT PLAZA   BIRMINGHAM, ALABAMA 35203-2618   205.254.1000   FAX 205.254.1999

# HIPAA COMPLIANT AUTHORIZATION AND RELEASE
# FOR MEDICAL INFORMATION PURSUANT TO 45 CFR 164.508

To: _____
    _____
    _____
    _____

I hereby authorize the above-named provider, hospital, health plan, institution, firm or corporation (the "Covered Entity") to disclose, upon presentation of this authorization and release, to the law firm of Maynard, Cooper & Gale, P.C., its attorneys, employees, agents and designees and any of their agents or designees, any and all health information concerning **Lucille Hall**, including by way of example, but not limited to the following:

all medical records, investigative files and documents including but not limited to any and all medical records, physicians' records, surgeons' records, x-rays, CAT scans, MRI films, photographs and any other radiological, nuclear medicine or radiation therapy films, pathology materials, slides, tissues, laboratory reports, discharge summaries, progress notes, consultations, prescriptions, pharmacy records, records of drug abuse and alcohol abuse, HIV/AIDS diagnosis or treatment, physicals and histories, nurses' notes, patient intake forms, correspondence, psychiatric records, psychological records, social worker's records, insurance records, consent for treatment, statements of account, bills, invoices or any other papers concerning any treatment, examination, periods or stays of hospitalization, confinement, diagnosis or other information pertaining to and concerning the physical or mental condition of Lucille Hall (dob 02/13/1967, SSN 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).

I understand that I may revoke this authorization and release at any time by giving written notice of revocation to the Covered Entity described above, except to the extent that action has already been taken in reliance upon this authorization and release before receipt of the written notice of revocation.

I understand that the information disclosed under this authorization and release may be subject to redisclosure by the person(s) specified above and may no longer be protected.

I understand that these insurance records are confidential. I understand that by signing this authorization and release I am specifically allowing the release of any insurance and medical information requested to the person(s) specified above, including any HIV/AIDS and sickle cell anemia diagnosis and treatment records that may be specifically protected by the Department of Veteran Affairs and/or state law or regulations. Drug and alcohol abuse information records are specifically protected by federal and/or state regulations, and by signing this authorization and release I understand that I am also expressly allowing the release of any drug and/or alcohol information records to the person(s) specified above. I also understand that by signing this authorization and release I am specifically authorizing the release of pharmacy and prescription information and records that may be protected by state law or regulations to the person(s) specified above. I also understand that by signing this authorization and release I am specifically authorizing the release of psychiatric records and psychological records, including the records of mental health counselors, that may be protected by state law or regulations to the person(s) specified above.

I also understand that I have the right to refuse to sign this authorization and release. I understand that the Covered Entity may not condition treatment, payment, enrollment in a health plan or eligibility for benefits

upon my execution of this authorization and release.

This authorization and release is continuing in nature and is to be given full force and effect to release any and all of the information described above after the date of this authorization and release until the conclusion of the case cited above. This authorization and release also includes the authority to copy any and all such information and to discuss the information with the above designated person(s). A copy of this authorization and release may be used in place of and with the same force and effect as the original.

_Lucille C Hall_
Signature

_10/19/07_
Date

Address:   6124 Fuller Road
           Montgomery, AL  36110

Date of Birth: 02/13/1967

Social Security Number: 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

**YOU ARE ENTITLED TO A COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.**