IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06 CV 946-MHT (WO) |
| GENPAK, L.L.C., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT GENPAK'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Comes now Defendant Genpak, LLC. ("Genpak" or "Defendant") and respectfully requests that this Honorable Court extend the dispositive motion deadline in this matter by thirty (30) days. In support of this motion, Defendant states the following:

1. Currently, the dispositive motion deadline is scheduled for December 13, 2007.

2. Faced with Plaintiff's[1] challenging schedule and the Thanksgiving holidays, the parties agreed to conduct Plaintiff's deposition on Saturday, December 1, 2007. Plaintiff's deposition was held on that day. The parties have not yet received the deposition transcript from the court reporter, but have asked for an expedited turn-around.

3. In the week following Plaintiff's deposition, the parties have engaged in confidential conversations regarding the resolution of this matter in lieu of further litigation. The parties are still engaged in these discussions and need additional time to fully explore the possibilities of resolving this matter independently or through alternative dispute resolution.

**MOTION GRANTED**

THIS _10th_ DAY OF _December_, 20_07_

_/s/_
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff Lucille Hall is proceeding *pro se* in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Honorable Court extend the dispositive motion deadline for thirty (30) days, thus setting the new dispositive motion deadline as January 12, 2007.

Respectfully submitted,

/s/ Robin A. Adams
David M. Smith
Robin A. Adams
Attorneys for Defendant Genpak, L.L.C.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
(205) 254-1000

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2007, a copy of the foregoing was served via certified first-class mail, postage prepaid, to:

Ms. Lucille Hall
6124 Fuller Rd
Montgomery Al 36110

/s/ Robin A. Adams
OF COUNSEL