IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

Lucille Hall, )
)
Plaintiff, )
) CASE NO. 2:06cv946-MHT
v. )
)
Genpak of Montgomery, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ___Lucille Hall___, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                         Relationship to Party

_____                   _____

_____                   _____

_____                   _____


11 Dec 2007
Date

(Signature)

Lucille Hall, pro-se
(Counsel's Name)

Counsel for (print names of all parties)
6124 Fuller Road
Montgomery, AL  36110
Address, City, State Zip Code
(334) 272-0033
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Lucille Hall_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20__, to:

_____

_____

_____

_____

_____

_____

_____

11 Dec 2007
Date

Lucille Hall
Signature