IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUCILLE HALL, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06 CV 946-MHT (WO) |
| GENPAK, L.L.C., | ) |
| | ) |
| DEFENDANT. | ) |

## STIPULATION OF DISMISSAL

The parties appearing below stipulate that all claims of the Plaintiff in the above-styled action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_____
Robin A. Adams
One of the Attorneys for Defendant
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North, Suite 2400
Birmingham, Alabama  35203-2618

_____
Lucille Hall
Plaintiff
6124 Fuller road
Montgomery, Alabama  36110